LAZARD ONATE v. RUTGERS CASUALTY
INSURANCE COMPANY.

September 7, 1988.

Petition for certification denied.

INTERNATIONAL PRODUCE ASSOCIATES, INC. v. FOODARAMA
SUPERMARKETS, INC. v. RICHARD LINDES AND PRODUCE AS-
SOCIATES, INC., ET AL.

September 7, 1988.

Petition for certification denied.

JOSE BRUNO v. ST. PETERS COLLEGE, ET AL.

September 7, 1988.

Petition for certification granted, and the matter is summari-
ly remanded to the Appellate Division for reconsideration in
light of *Brown v. St. Venantius School,* 111 *N.J.* 325 (1988).

Jurisdiction is not retained.